Executor, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MABEL E. JOY, Respondent, v. LULU CLAIRE DE MARMON and ANNETTE DE MARMON, Appellants.— Motion for stay of examination before trial denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. Settle order on notice, fixing date of examination.

EMELIA LISANTI, as Administratrix, etc., of FRANK LISANTI, Deceased, Respondent, v. WILLIAM F. KENNY Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ANDREA MARCHETTI and ELIZA MARCHETTI, Appellants, v. VITO F. LANZA and DOROTHY L. BRENNAN, Respondents.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondents thirty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper and Carswell, JJ.; Hagarty, J., taking no part.

ISIDOR MARKOWITZ, an Infant, by ELLEK MARKOWITZ, His Guardian ad Litem, Respondent, v. IKE MILLSTEIN, Appellant. — Motion for reargument of motion to dismiss appeal granted, and, upon reargument, motion to dismiss appeal denied upon the following conditions: That within five days from the entry of the order herein appellant pay respondent twenty dollars costs and also file an undertaking, with corporate surety, to secure the payment, with costs, of the judgment from which the appeal is taken, provided the same is affirmed; also that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ISIDOR MARKOWITZ, an Infant, by ELLEK MARKOWITZ, His Guardian ad Litem, Respondent, v. IKE MILLSTEIN, Appellant. — Motion to dismiss appeal denied upon condition that the terms imposed by the decision on the motion in *Markowitz* v. *Millstein* (*ante*, p. 827), decided herewith, be complied with; otherwise, motion granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

VICTOR E. MILCH, Appellant, v. MATHILDA MYRTLE MILCH, Respondent.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GIUSEPPA MOSCHILLA, Individually and as Guardian ad Litem of GIUSEPPE SULFARO, an Infant, Appellant, v. GIOVANNI DIQUARTO and MARIA DIQUARTO, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MUNICIPAL BANK, Appellant, v. PARKWAY WALK CONSTRUCTION CORPORATION and Others, Defendants. WOLF GELBAND, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for February 15, 1929 (for which day the case is set down) and be ready for argument when reached;

otherwise, motion granted, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY,.as Receiver of the Real and Personal Property of HENRY J. MYERS, Respondents, v. HENRY J. MYERS, Respondent. CATHLEEN HARRIET MYERS and MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant, etc., Appellants, and Others, Defendants.— Motion for reargument of motion denied.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY, as Receiver of the Real and Personal Property of HENRY J. MYERS, Respondents, v. HENRY J. MYERS and Others, Defendants.  CATHLEEN HARRIET MYERS and MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant under the Age of Fourteen Years, Appellants.— Motion for reargument of appeal denied.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY, as Receiver of the Real and Personal Property of HENRY J. MYERS, Plaintiffs, v. HENRY J. MYERS, Respondent. CATHLEEN HARRIET MYERS and MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant under the Age of Fourteen Years, Appellants, and Others, Defendants.— Motion for reargument of appeal determined by order of December 21, 1928, denied.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. McCULLOUGH, Appellant, v. THE SHERIFF OF KINGS COUNTY and MARYLAND CASUALTY COMPANY, Respondents.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MORRIS SCHENKER, Respondent, v. MORRIS LIBOFF, Appellant.  BENJAMIN LIBOFF, Appellant; PERCY R. BURTNETT, Receiver, Appellant; ABRAHAM MILES, Appellant; SHAPIRO & PLAKS and CAPITOL PAINT & VARNISH WORKS, INC., Appellants.  MILTON HERTZ, Referee.— Motion to stay referee granted.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JACOB SCHWARTZ, Respondent, v. MAX FELDMAN, Appellant. — Motion for reargument denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BERTHA SMITH, as Administratrix, etc., of GEORGE M. °SMITH, Deceased, Respondent, v. CLARA N. BOCKHORST, Appellant.— Motion to dismiss appeal denied.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FRANK STELLA and MYRTLE STELLA, Appellants, v. EDWARD GREENWOOD and FIDELITY AND DEPOSIT COMPANY of MARYLAND, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MAX STERN and HERMAN WEÏSS, Respondents, v. VITO DeMARZO and ANNA DeMARZO, Appellants.  ROBERT PIERRI and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for February 11, 1929 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

F. E. TAGLIABUE, Respondent, v. KATHERINE H. BROWN, Defendant, and